**NOWELL AMOROSO KLEIN BIERMAN, P.A.**
155 Polifly Road
Hackensack, New Jersey 07601
(201) 343-5001
**Attorneys for Defendants Schneider National Carriers, Inc., Schneider National Leasing, Inc. and Eric A. Reid**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OSCAR V. HERNANDEZ and YASUNARI DIAZ, his wife<br><br>Plaintiffs<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC.; SCHNEIDER NATIONAL LEASING; ERIC A. REID; TADEUSZ W. FLORCZUK; ABC CORP. 1-10, (a fictitious name representing unknown corporations); and JOHN/JANE DOE 1-10 (a fictitious name representing unknown persons),<br><br>Defendants. | CIVIL ACTION NO.:<br><br>**PETITION FOR REMOVAL** |

TO:   Honorable Judges
    of the United States District Court
    for the District of New Jersey

Pursuant to 28 U.S.C. §1446, defendants Schneider National Carriers, Inc., Schneider National Leasing, Inc. and Eric A. Reid hereby give notice of removal of the above-captioned case from the Superior Court of the State of New Jersey, Law Division, Hudson County, to this court, and in support thereof, respectfully state the following:

  1.   An action entitled <u>Oscar V. Hernandez and Yasunari Diaz v. Schneider National Carriers, Inc. Schneider National Leasing, Eric A. Reid, Tadeusz W. Florczuk</u>, Docket No. HUD-L-

6426-11 was commenced in the Superior Court of New Jersey, Law Division, Hudson County. A copy of the complaint dated December 10, 2011 is attached hereto as Exhibit "A." A copy of the answer is attached hereto as Exhibit "B". The complaint and answer annexed hereto constitute all process, pleadings and orders served to date in this action.

2. The earliest that Schneider and Reid had knowledge that the matter exceeded $75,000.00 was on or about April 9, 2012.

3. The complaint constitutes the initial pleading setting forth the plaintiff's alleged claims for relief.

4. The controversy concerning plaintiff's alleged motor vehicle accident on March 4, 2011 presents questions over which this court has original jurisdiction under 28 U.S.C. §1332, as (a) diversity of citizenship between the parties exists (b) the matter in controversy, exclusive of interest and costs, exceeds the sum or value $75,000.00.

5. This notice of removal is filed in this court within thirty (30) days after receipt of a copy of the pleading or other paper setting forth the claimed damages, and therefore, the time for filing this notice under the provisions of 28 U.S.C. §1446(b) has not expired.

6. Written notice of the filing of this notice will be given, forthwith, to plaintiff Oscar V. Hernandez and Yasunari Diaz, through their counsel.

7. A true and correct copy of this notice will be filed with the Clerk of the Superior Court of New Jersey, Law Division, Hudson County.

8. The undersigned represents all answering defendants for this removal.

For the reasons set forth above, defendants Schneider National Carriers, Inc., Schneider National Leasing, Inc. and Eric A. Reid, hereby remove this action from the Superior Court of New Jersey, Law Division, Hudson County, to this Court.

                        **NOWELL AMOROSO KLEIN BIERMAN, P.A.**
                        **Attorneys for Defendants Schneider National Carriers, Inc., Schneider National Leasing, Inc. and Eric A. Reid**

                        By:  /s/ Alexander J. Drago
                              Alexander J. Drago, Esq.

Dated: April 10, 2012