# EXHIBIT A

Matthew T. Rinaldo, Esq.
RINALDO and RINALDO, ESQS.
60 Walnut Avenue, Suite 150
Clark, New Jersey 07766
Phone No: (732) 388-9300
Fax No.:   (732) 388-9301
*Attorneys for Plaintiffs, Oscar V. Hernandez & Yasunari Diaz*

CUSTOMER SERVICE COPY

DEC 1 0 20..

SUPERIOR COURT OF NEW JERSEY
COUNTY OF HUDSON
CIVIL DIVISION 29

| | | |
|---|---|---|
| OSCAR V. HERNANDEZ and YASUNARI DIAZ, his wife | : : | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: HUDSON COUNTY |
| *Plaintiffs,* | : : : | DOCKET NO. HUD-L- 6426-11 |
| vs. | : : | |
| | : | Civil Action |
| SCHNEIDER NATIONAL CARRIERS, INC.; SCHNEIDER NATIONAL LEASING; ERIC A. REID; TADEUSZ W. FLORCZUK; ABC Corp. 1-10 (a fictitious name representing unknown corporations); and JOHN/JANE DOE 1-10 (a fictitious name representing unknown persons) | : : : : : : : | COMPLAINT and JURY DEMAND |
| *Defendants.* | : : : | |

Plaintiffs, **OSCAR V. HERNANDEZ** and **YASUNARI DIAZ**, his wife, residing at 99

Lincoln Street, in the City of Jersey City, County of Hudson and State of New Jersey, by

way of Complaint against the Defendants, **SCHNEIDER NATIONAL CARRIERS, INC.,**

**SCHNEIDER NATIONAL LEASING, ERIC A. REID,** and **TADEUSZ W. FLORCZUK,** says:

### FIRST COUNT

1. On or about **March 4, 2011,** Plaintiff, **Oscar V. Hernandez,** was the owner

and operator of a motor vehicle which was traveling on Eastbound on Passaic Street,

at or near the intersection of Canal Street, in the City of Passaic, County of Passaic, and

1

State of New Jersey.

2.   At the same time, date and place as aforesaid, Defendant, Tadeusz W. Florczuk, was the owner and operator of a motor vehicle also proceeding and traveling on Canal Street in an Easterly direction in a careless, reckless, and negligent fashion such as to cause the vehicle he was operating to collide with the Hernandez vehicle, causing Plaintiff, Oscar V. Hernandez, to sustain serious and permanent personal injuries.

3.   At the same time, date and place as aforesaid, Defendant, Eric E. Reid, was the operator of a tractor trailer unit owned by Defendants Schneider National Leasing and Schneider National Carrier, Inc., and was proceeding in a Westerly direction on Passaic Street, making a left turn into Canal Street, when his tractor trailer struck the rear of the Hernandez vehicle, thereby causing a violent collision and resulting with the Plaintiff sustaining serious and permanent personal injuries.

4.   As a direct and proximate result of the carelessness, recklessness and negligence of the Defendants SCHNEIDER NATIONAL CARRIERS, INC., SCHNEIDER NATIONAL LEASING, ERIC A. REID, and TADEUSZ W. FLORCZUK, Plaintiff, Oscar V. Hernandez, suffered severe permanent and painful injuries, has incurred and will in the future continue to incur great medical expense in an effort to cure himself, has been prevented and will in the future continue to be prevented from pursuing his normal daily activities, and will in the future continue to be rendered sick, sore, lame, disabled and otherwise injured.

5.   The injuries sustained by Plaintiff, Oscar V. Hernandez, are significant and

permanent in nature and have had a devastating severe impact on his ability to function and have adversely affected and prevented him from enjoyment and a quality lifestyle, and pursuits of gainful employment.

*WHEREFORE*, Plaintiff, Oscar V. Hernandez, demands judgment against the Defendants, SCHNEIDER NATIONAL CARRIERS, INC., SCHNEIDER NATIONAL LEASING, ERIC A. REID, and TADEUSZ W. FLORCZUK, for damages, together with lawful interest, plus costs of suit and fees on the First Count.

## SECOND COUNT

1. Plaintiffs, Oscar V. Hernandez and Yasunari Diaz, repeat and reiterate the allegations set forth in the First Count as if more fully set forth herein.

2. Defendants, ABC CORP. 1-10 (a fictitious name) and JOHN/JANE DOE 1-10 (a fictitious name) are corporations, individuals, partnerships, sole proprietors or other business entities whose name or names may become known during the course of the litigation and who may have in one way or more contributed to the injuries sustained by Plaintiff, Oscar V. Hernandez as a result of the subject accident.

3. Defendants, SCHNEIDER NATIONAL CARRIERS, INC., SCHNEIDER NATIONAL LEASING, ERIC A. REID, TADEUSZ W. FLORCZUK, ABC CORP. 1-10 (a fictitious name) and JOHN/JANE DOE 1-10 (a fictitious name), were the owners, operators and/or insured of a motor vehicle which was also at the above location when their vehicle struck the rear of the Hernandez vehicle and a violent collision resulted therefrom in the County of Passaic and State of New Jersey.

4. At the same, date and place as aforesaid, Defendants, SCHNEIDER NATIONAL

3

CARRIERS, INC., SCHNEIDER NATIONAL LEASING, ERIC A. REID, TADEUSZ W. FLORCZUK, ABC CORP. 1-10 (a fictitious name) and JOHN/JANE DOE 1-10 (a fictitious name), were the owners and operators and driving with permission of Defendants, either individually or as the agents, servants and/or employees of said Defendants, who proximately caused the collision and accident referred to herein.

5.    At the same time, date and place as aforesaid, Defendants SCHNEIDER NATIONAL CARRIERS, INC., SCHNEIDER NATIONAL LEASING, ERIC A. REID, TADEUSZ W. FLORCZUK, ABC CORP. 1-10 (a fictitious name) and JOHN/JANE DOE 1-10 (a fictitious name), operated their motor vehicle in a reckless, careless and negligent fashion such as to cause the vehicle they were operating to collide with the Plaintiffs' vehicle, causing Plaintiff, Oscar V. Hernandez, to sustain serious permanent personal injuries.

6.    As a direct and proximate result of the carelessness, recklessness, and negligence of the Defendants, SCHNEIDER NATIONAL CARRIERS, INC., SCHNEIDER NATIONAL LEASING, ERIC A. REID, TADEUSZ W. FLORCZUK, ABC CORP. 1-10 (a fictitious name) and JOHN/JANE DOE 1-10 (a fictitious name) aforesaid, Plaintiff, Oscar V. Hernandez, suffered severe permanent and painful injuries about the head, neck, back, torso, arms, legs and other parts of his body and nervous system and mental anguish, has incurred and will in the future continue to suffer great pain and shock to his body and nervous system and mental anguish, has incurred and will in the future continue to incur great medical expense in an effort to cure himself, has been prevented and will in the future continue to be prevented from pursuing his normal daily

4

activities, and will in the future continue to be rendered sick, sore, lame, disabled and otherwise injured.

7. The injuries sustained by Plaintiff, Oscar V. Hernandez, are significant and permanent in nature and have had a devastating severe impact on his ability to function and have adversely affected, altered and/or prevented him from enjoyment and a quality lifestyle and pursuits of gainful employment.

*Wherefore*, Plaintiffs, Oscar V. Hernandez and Yusanari Diaz, demand judgment against the Defendants, ABC CORP. 1-10 (a fictitious name) and JOHN/JANE DOE 1-10 (a fictitious name), individually, jointly, severally, or in the alternative, for damages, together with lawful interest, plus cost of suit and attorney fees on the Second Count.

## THIRD COUNT

1. Plaintiffs, Oscar V. Hernandez and Yasunari Diaz, repeat and reiterate all of the allegations contained in the First Count and Second Count of this Complaint as though it was set forth at length herein and made a part hereof.

2. As a direct and proximate result of the recklessness, carelessness and negligence of the Defendants aforesaid, the motor vehicle owned by the Plaintiff, Yusanari Diaz, was severely damaged, required extensive repairs and, as a result thereof, considerable sums of money were expended for same; vehicle depreciated in value and the Plaintiff lost, or otherwise was denied, the use of and enjoyment of said motor vehicle for a considerable time.

5

WHEREFORE, Plaintiffs, Oscar V. Hernandez and Yasunari Diaz, demand judgment against the Defendants, SCHNEIDER NATIONAL CARRIERS, INC., SCHNEIDER NATIONAL LEASING, ERIC A. REID, TADEUSZ W. FLORCZUK, ABC CORP. 1-10 (a fictitious name) and JOHN/JANE DOE 1-10 (a fictitious name), individually, jointly, severally, or in the alternative, for damages, together with lawful interest, plus cost of suit and attorney fees on the Third Count for property damage together with interest and costs of suit.

## FOURTH COUNT

1. Plaintiff, Yasunari Diaz, repeats and reiterates all of the allegations contained in the First through Third Counts of this Complaint as though set forth at length herein and made a part hereof.

2. At all times mentioned herein, and relevant to the within action of, Plaintiff, Yasunari Diaz, was and continues to be the lawful wife of Plaintiff, Oscar V. Hernandez.

3. As a direct and proximate result of the carelessness, recklessness and negligence of the Defendant aforesaid, Plaintiff, Yasunari Diaz, has been and will in the future continue to be compelled to incur great medical expense in an effort to cure Plaintiff, Oscar V. Hernandez, and has been and will in the future continue to be deprived of his services, comfort, companionship and consortium.

WHEREFORE, Plaintiff, Yasunari Diaz, demands judgment against the Defendants, SCHNEIDER NATIONAL CARRIERS, INC., SCHNEIDER NATIONAL LEASING, ERIC A. REID, TADEUSZ W. FLORCZUK, ABC CORP. 1-10 (a fictitious name

representing unknown corporations) and JOHN DOE 1-10 (fictitious names representing unknown individuals), individually, jointly, severally and in the alternative, for damages, together with lawful interest, plus costs of suit and attorney fees on the Fourth Count.

RINALDO AND RINALDO, ESQS.
*Attorneys for Plaintiffs*

Dated: December 7, 2011

By:   Matthew T. Rinaldo, Esq.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury as to all issues.

## DESIGNATION OF TRIAL COUNSEL

Matthew T. Rinaldo, Esq., is designated as Trial Counsel.

## DEMAND FOR ANSWERS TO UNIFORM INTERROGATORIES

Plaintiffs, Oscar V. Hernandez and Yasunari Diaz, hereby demand, pursuant to R. 4:17-(b)(ii) of the Rules of Court that the Defendants, SCHNEIDER NATIONAL CARRIERS, INC., SCHNEIDER NATIONAL LEASING, ERIC A. REID, and TADEUSZ W. FLORCZUK, serve answers to the Interrogatories prescribed by Forms "C" and "C2" of Appendix II of the Rules of Court within sixty (60) days of the date hereof.

RINALDO AND RINALDO, ESQS.
*Attorneys for Plaintiffs*

Dated: December 7, 2011

By:   Matthew T. Rinaldo, Esq.

7

## CERTIFICATION PURSUANT TO RULE 4:5-1

I certify that the matter in controversy is not the subject of any other action or proceeding pending in any court or tribunal, nor is there any other action or arbitration proceeding contemplated between the parties hereto.

I further certify that at this time I know of no other parties who should be joined in this action.

RINALDO AND RINALDO, ESQS.
*Attorneys for Plaintiffs*

Dated: December 7, 2011

By:     Matthew T. Rinaldo, Esq.

8

Appendix XII-B1

| CIVIL CASE INFORMATION STATEMENT (CIS) | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed | PAYMENT TYPE:  ☐ CK ☐ CG ☐ CA |
| | CHG/CK NO. |
| | AMOUNT: |
| | OVERPAYMENT: |
| | BATCH NUMBER: |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| MATTHEW T. RINALDO, ESQ. | (732) 388-9300 | Hudson |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| Rinaldo and Rinaldo, Esqs. | L - 6426 -11 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 60 Walnut Avenue, Suite 150 Clark, NJ  07066 | Complaint |
| | JURY DEMAND   ☒ YES   ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Plaintiffs, OSCAR V. HERNANDEZ and YASUNARI DIAZ, his wife | vs. SCHNEIDER NATIONAL CARRIERS, INC.; SCHNEIDER NATIONAL LEASING; ERIC A. REID; TADEUSZ W. FLORCZUK; John/Jane Doe 1-10, ABC Corporation 1-10 |

| CASE TYPE NUMBER (See reverse side for listing) | IS THIS A PROFESSIONAL MALPRACTICE CASE?   ☐ YES   ☒ NO |
|---|---|
| 603N | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? | IF YES, LIST DOCKET NUMBERS |
|---|---|
| ☐ YES   ☒ NO | |

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) | |
|---|---|---|
| ☐ YES   ☒ NO | Allstate NJ Property & Casualty Insurance Co.; Other, unknown at present | ☐ NONE ☐ UNKNOWN |

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? | IF YES, IS THAT RELATIONSHIP: | | |
|---|---|---|---|
| ☐ YES   ☒ NO | ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ☐ BUSINESS | ☐ OTHER (explain) |

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | ☐ YES   ☐ NO |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | ☐ YES   ☒ NO | |
| | WILL AN INTERPRETER BE NEEDED? | IF YES, FOR WHAT LANGUAGE? |
| | ☐ YES   ☐ NO | |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

Effective 01/03/2011, CN 10517-English

# EXHIBIT B

MAR 1 9 2012

**NOWELL AMOROSO KLEIN BIERMAN, P.A.**
**155 Polifly Road**
**Hackensack, New Jersey 07601**
**(201) 343-5001**

SUPERIOR COURT OF NEW JERSEY
COUNTY OF HUDSON
CIVIL DIVISION #11

Attorneys for Defendants Schneider National Carriers, Inc., Schneider National Leasing, Inc. and Eric A. Reid

| | |
|---|---|
| OSCAR V. HERNANDEZ and YASUNARI DIAZ, his wife<br><br>Plaintiffs<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC.; SCHNEIDER NATIONAL LEASING; ERIC A. REID; TADEUSZ W. FLORCZUK; ABC CORP. 1-10, (a fictitious name representing unknown corporations); and JOHN/JANE DOE 1-10 (a fictitious name representing unknown persons),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br><br>DOCKET NO.: HUD-L-6426-11<br><br>CIVIL ACTION<br><br>**ANSWER, JURY DEMAND AND DESIGNATION OF TRIAL COUNSEL** |

Defendants Schneider National Carriers, Inc., Schneider National Leasing, Inc. and Eric A. Reid by way of answer to plaintiff's complaint hereby answer as follows:

## FIRST COUNT

1. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1 of the First Count.

2. Defendants deny the allegations contained in paragraph 2 of the First Count.

3. Defendants deny the allegations contained in paragraph 3 of the First Count.

4. Defendants deny the allegations contained in paragraph 4 of the First Count.

5. Defendants deny the allegations contained in paragraph 5 of the First Count.

**WHEREFORE,** defendants demand that plaintiff's complaint be dismissed.

## SECOND COUNT

1.      Defendants repeat the answers to each of the allegations contained in the First Count as if set forth at length herein.

2.      Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 2 of the Second Count.

3.      Defendants deny the allegations contained in paragraph 3 of the Second Count.

4.      Defendants deny the allegations contained in paragraph 4 of the Second Count.

5.      Defendants deny the allegations contained in paragraph 5 of the Second Count.

6.      Defendants deny the allegations contained in paragraph 6 of the Second Count.

7.      Defendants deny the allegations contained in paragraph 7 of the Second Count.

**WHEREFORE,** defendants demand that plaintiff's complaint be dismissed.

## THIRD COUNT

1.      Defendants repeat each of the answers to the First and Second Count as if set forth at length herein.

2.      Defendants deny the allegations contained in paragraph 2 of the Third Count.

**WHEREFORE,** defendants demand that plaintiff's complaint be dismissed.

## FOURTH COUNT

1.      Defendants repeat each of the answers to the First, Second and Third Count as if set forth at length herein.

2.      Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph 2 of the Fourth Count.

3.      Defendants deny the allegations contained in paragraph 3 of the Fourth Count.

-2-

**WHEREFORE,** defendants demand that plaintiff's complaint be dismissed.

## SEPARATE DEFENSES

### FIRST SEPARATE DEFENSE

Plaintiff is guilty of comparative negligence.

### SECOND SEPARATE DEFENSE

Plaintiff assumed the risk of her actions.

### THIRD SEPARATE DEFENSE

Plaintiff's damages were paid by a collateral source.

### FOURTH SEPARATE DEFENSE

Plaintiff failed to mitigate damages.

### FIFTH SEPARATE DEFENSE

Plaintiff's injuries were pre-existing.

### SIXTH SEPARATE DEFENSE

The complaint fails to state a cause of action.

### SEVENTH SEPARATE DEFENSE

Defendants are protected by corporate immunity.

### EIGHTH SEPARATE DEFENSE

The law of a State other than New Jersey may be applicable.

## DEMAND FOR DAMAGES

Defendants demand that a written statement of the amount of damages claimed by the plaintiffs, in accordance with Rule 4:5-2, be submitted within five (5) days of the service of this pleading.

## DESIGNATION OF TRIAL COUNSEL

Alexander J. Drago, Esq., is hereby designated as trial counsel pursuant to R.4:25-4 in this matter.

## CERTIFICATION PURSUANT TO 4:5-1

Pursuant to Rule 4:5-1, I hereby certify that this matter is not the subject of any other action pending in any other Court, or of a pending arbitration proceeding.

I further certify that no other action or arbitration proceeding is contemplated at this time.

## JURY DEMAND

Defendant hereby demands trial by jury on all claims raised in this matter.

NOWELL AMOROSO KLEIN BIERMAN, P.A.
**Attorneys for Defendants Schneider National Carriers, Inc., Schneider National Leasing, Inc. and Eric A. Reid**

By: _Alexander J. Drago_
Alexander J. Drago, Esq.

Dated: March 16, 2012

-4-