05/17/2012 14:01 2013435040 PAGE 02/02
Case 2:12-cv-02145-WJM-MF  Document 5  Filed 05/29/12  Page 1 of 1 PageID: 46
Case 2:12-cv-02145-WJM-MF  Document 4-2  Filed 05/17/12  Page 1 of 1 PageID: 45
2012-05-17 11:49  Rinaldo & Rinaldo  732 388 9301 >>  2013435181  P 2/2

Matthew T. Rinaldo, Esq.
**RINALDO AND RINALDO, ESQS.**
60 Walnut Ave., Suite 150
Clark, NJ 07066
Phone: (732) 388-9300
Fax: (732) 388-9301
Email: rinaldo411@gmail.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSCAR V. HERNANDEZ, et al. | **CIVIL ACTION** |
| PLAINTIFF, | Case No.: 12-cv-02145-WJM-MF |
| v. | |
| SCHNEIDER NATIONAL CARRIERS, INC., et als. | |
| DEFENDANTS. | |

## CONSENT ORDER FOR REMAND

THIS MATTER having been brought to the attention of the Court by Counsel for Plaintiffs, Grant S. Ellis, Esq. of the Law Firm Rinaldo and Rinaldo, Esqs., on notice to and with the consent of Alexander J. Drago, Esq. of Nowell Amoroso Klein Bierman, P.A., and the parties having consented to the entry of this order;

On this ___29___ day of ___May___, 2012, IT IS ORDERED:

1. This matter is hereby remanded to the New Jersey Superior Court.

2. This order resolves Plaintiff's pending motion for remand, which is withdrawn.

_____ U.S.D.J.

I hereby consent to the form and entry of this order.

RINALDO AND RINALDO, ESQS.

s/Grant S. Ellis
Grant S. Ellis, Esq.
Matthew T. Rinaldo, Esq.
Attorneys for Plaintiff

NOWELL, AMOROSO, KLEIN, BIERMAN, P.A.

Alexander J. Drago, Esq.
Attorneys for Defendants, Schneider
Your File 2513.133